**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HGM,** | |
| **Plaintiff,** | |
| **-against-** | **22-CV-7184 (ALC)** |
| **JGV APPAREL GROUP, ET AL.,** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendants' request for a pre-motion conference to discuss its anticipated motion to dismiss.  (ECF No. 11.)  According to the undersigned's individual rules, responses to a request for a pre-motion conference are due within three business days.  As such, the Court *sua sponte* extends Plaintiff's deadline to file a response to Defendants' pre-motion conference request to **February 27, 2023**.

Dated:  February 21, 2023
      New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**