UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HGM,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>JGV APPAREL GROUP, ET AL.,<br><br>　　　　　　　　Defendant. | 22-CV-7184 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　Plaintiff is directed to file a letter by **March 8, 2023** indicating whether it would like to request leave to file an amended complaint in light of Defendants' arguments raised in their letter.

**Dated:  March 3, 2023**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**