UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HGM, <br><br>        Plaintiff, <br><br>   -against- <br><br> JGV APPAREL GROUP, ET AL., <br><br>        Defendant. | 22-CV-7184 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

 Plaintiff is granted leave to file an amended complaint by **March 15, 2023**.

Dated: March 8, 2023
    New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**