UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HGM,<br><br>                               **Plaintiff,**<br><br>   -against-<br><br>JGV APPAREL GROUP, ET AL.,<br><br>                              **Defendant.** | 22-CV-7184 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff is directed to file a letter by **March 27, 2023** responding to Defendants' pre-motion conference letter at ECF No. 20.

**Dated:  March 23, 2023**
          New York, New York

                                                             **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**