**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HGM,**

                              **Plaintiff,**

        -against-

                                          **22-CV-7184 (ALC)**

**JGV APPAREL GROUP, et al.,**

                                          **ORDER**

                              **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

        Plaintiff's motion to adjourn the pre-motion conference at ECF No. 26 is **GRANTED**.  The

pre-motion conference shall be held on **Tuesday, May 9 at 11:00 a.m.**  All parties shall appear

and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

        Plaintiff was directed to file a letter attaching the contract at issue in this litigation by April

18, 2023, but has failed to do so.  The Court *sua sponte* extends this deadline to **May 5, 2023**.

        **SO ORDERED**

**Dated:  April 21, 2023**
        **New York, New York**        _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**