UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HGM,<br><br>                                **Plaintiff,**<br><br>          -against-<br><br>**JGV APPAREL GROUP, et al.,**<br><br>                              **Defendants.** | **22-CV-7184 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

      As discussed at the May 9, 2023 pre-motion conference, Plaintiff is granted leave to file a third amended complaint by **May 30, 2023**. Defendant shall provide the documents and calculations discussed at the conference to Plaintiff by **May 11, 2023**. The parties shall file a joint status report regarding the status of settlement negotiations and whether Plaintiff would like to extend the deadline to file the amended complaint by **May 18, 2023**.

      **SO ORDERED**

Dated: May 10, 2023
       New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**